THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, *Pro-Se* | CIVIL ACTION NO. 3-15-0555 |
| Plaintiff | |
| | Hon. Aleta A. Trauger |
| | U.S. District Court Judge |
| v. | |
| TRANS 2 PAY,LLC, Et. Al., | Hon. E. Clifton Knowles |
| | U.S. Magistrate Judge |
| Defendants. | |

### Plaintiff's Notice of Voluntary Dismissal With Prejudice

A. To the honorable US District Court:

B. The parties in the case have settled all matters before them and as such the Plaintiff requests the court dismiss the case with prejudice against all Defendants, with each party bearing its own fees and costs.

Respectfully submitted, July 15, 2015

Craig Cunningham
Plaintiff, Pro-se
Mailing address:
5543 Edmondson Pike, ste 248
Nashville, Tn 37211
615-348-1977

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, *Pro-Se* | ) | CIVIL ACTION NO. 3-15-0555 |
| | ) | |
| Plaintiff | ) | |
| | ) | Hon. Aleta A. Trauger |
| | ) | U.S. District Court Judge |
| v. | ) | |
| | ) | |
| TRANS 2 PAY,LLC, Et. Al., | ) | Hon. E. Clifton Knowles |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |

**FILED** 2015 JUL 16 AM 10: 34
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

### Certificate of Service

I hereby certify that a true copy of the forgoing was emailed to Robby Birnbaum at Robby.birnbaum@gmlaw.com and J. David Wicker, Jr. at dwicker@wickerpllc.com on 7/15/2015.

Respectfully submitted, July 15, 2015

*/s/ Craig Cunningham*

Craig Cunningham

Plaintiff, Pro-se

Mailing address:

5543 Edmondson Pike, ste 248

Nashville, Tn 37211

615-348-1977